ROBERT WESTPY, PLAINTIFF-RESPONDENT, v. JOHN R. BURNETT, TOWN CLERK AND TOWN MANAGER OF THE TOWN OF BELLEVILLE, DEFENDANT.

G. GEORGE ADDONIZIO, PLAINTIFF-APPELLANT, v. JOHN R. BURNETT, MUNICIPAL CLERK OF THE TOWN OF BELLEVILLE, DEFENDANT-RESPONDENT.

ROBERT M. LATERZA AND VINCENT STRUMOLO, PLAINTIFFS-APPELLANTS, v. JOHN R. BURNETT, MUNICIPAL CLERK OF THE TOWN OF BELLEVILLE, DEFENDANT-RESPONDENT.

Argued February 24, 1964—Decided February 24, 1964.

*Mr. Sam Weiss* argued the cause for the appellants (*Messrs. Addonizio, Sisselman, Nitti & Gordon,* attorneys).

*Mr. Emil M. Wulster* argued the cause for the plaintiff-respondent.

The opinion of the court was delivered

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Kilkenny in the Superior Court, Appellate Division.

*For affirmance* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.